**Rose Greve, appellee, v. Robert Harris, appellant. Gen. No. 6,820.**

Action to recover damages for breach of marriage promise. Judgment for plaintiff. Appeal from the Circuit Court of DuPage county; the Hon. Clinton F. Irwin, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920.

Frank W. Joslyn and Walter E. Healy, for appellant. Charles W. Hadley, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Edward J. Bamrick and William G. Hanney, appellees, v. Spring Valley Coal Company, appellant. Gen. No. 6,829.**

Action to recover damages for injury to merchandise caused by smoke and soot. Judgment for plaintiffs. Appeal from the City Court of Spring Valley; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920. Rehearing denied December 2, 1920.

John J. Sherlock and McDougall, Chapman & Bayne, for appellant. Duncan & O'Connor and J. L. Murphy, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Oliver H. Seaton, defendant in error, v. George P. Seaton, individually and as conservator of estate of Oliver H. Seaton, insane, plaintiff in error. Gen. No. 6,855.**

Insanity proceedings. Order of commitment and appointment of conservator. Error to the County Court of Bureau county; the Hon. James R. Pritchard, Judge, presiding. Heard in this court at the October term, 1920. Dismissed. Opinion filed October 27, 1920.

Woodward & Hibbs, for plaintiff in error. Josef T. Skinner, for defendant in error.

Per Curiam.